Earl A. ERNST, Appellant, v. A. G. CLEM-
ENS and H. G. McBride, and A. G. Clem-
ens and H. G. McBride, doing business as
Ideal Manufacturing Company, Appellees.

No. 12323.

United States Court of Appeals
Ninth Circuit.

March 20, 1952.

Alan Franklin, Los Angeles, Cal. (J. Calvin Brown, Los Angeles, Cal., of counsel), for appellant.

Herbert A. Huebner, Richard M. Worrel, Fresno, Cal., for appellees.

Before STEPHENS, BONE and ORR, Circuit Judges.

PER CURIAM.

We granted a rehearing in this case at which counsel were· permitted to expand arguments presented at the original hearing. In our first opinion, 9 Cir., 185 F.2d 231, we noted our reasons for affirming the decision of the lower court. The entire record has been carefully reexamined as a result of which we conclude that our original decision was correct.

Myron SELZNICK'S ESTATE, Deceased, and Bank of America National Trust & Savings Association, David O. Selznick and Charles H. Sachs, Executors, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12980.

United States Court of Appeals
Ninth Circuit.

April 11, 1952.

Walter L. Nossaman, Joseph D. Brady, Los Angeles, Cal., for petitioners.

Ellis N. Slack, Acting Asst. Atty. Gen., Lee A. Jackson, L. W. Post, Louise Foster, Sp. Assts. to Atty. Gen., for respondents.

Before MATHEWS and ORR, Circuit Judges, and YANKWICH, District Judge.

PER CURIAM.

On ·the grounds and for the reasons stated in its opinion, 15 T.C. 716, the decision of the Tax Court is affirmed.

STOKELY–VAN CAMP, Inc., v. Israel FISHMAN, Jack Fishman, Theodore Fishman and Louis Fishman, Appellants.

No. 10631.

United States Court of Appeals
Third Circuit.

Argued April 8, 1952.

Decided April 17, 1952.

Robert L. Hood, Newark, N. J. (William J. Egan, Newark, N. J., on the brief), for appellants.

Thomas F. Daly, Red Bank, N. J., for appellee.

Before MARIS, GOODRICH and HASTE, Circuit Judges.

PER CURIAM.

The sole question in this case is whether the evidence supports the finding of the trial judge that "plaintiff gave credit to the individual defendants and all shipments of merchandise involved in this action were made in reliance on said financial statements and representations and the credit thereby established." Our study of the evidence satisfies us that this ·finding is adequately supported.

The judgment of the district court will be affirmed.